1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JEFFREY A. WORKS, | CV F   06 829 AWI LJO P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION AND DISMISSING CASE (Doc. 5.) |
| v. | |
| JAMES YATES, et. al., | ORDER DENYING ALL PENDING MOTIONS AS MOOT (Doc. 2.) |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |

12
13
14
15
16
17

18   Jeffrey Works ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

19  filed pursuant to 42 U.S.C. § 1983.   Plaintiff filed the instant action on June 28, 2006, and also

20  submitted an Application to Proceed In Forma Pauperis, which is currently pending before the

21  Court.

22   On July 13, 2006, Plaintiff filed a Motion to Dismiss his case.  The Motion indicates that

23  Plaintiff wishes the Court to dismiss the action without prejudice.  Accordingly, in light of

24  Plaintiff's request, the Court HEREBY ORDERS:

25   1.   Plaintiff's request for dismissal is GRANTED;

26   2.   The instant action is DISMISSED;

27   3.   All pending Motions are DENIED AS MOOT; and

28

1

4.      The Clerk of Court is DIRECTED to terminate this action in accordance with this

Order.


IT IS SO ORDERED.

**Dated:    July 18, 2006**              _____ **/s/ Anthony W. Ishii** _____
0m8i78                                        UNITED STATES DISTRICT JUDGE

2